FILED
May 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KATHLEEN GIRAMUR, §
§
Plaintiff, §
§
v. § CIVIL NO. SA-22-CV-529-OLG
§
DANIEL DRISCOLL, §
Secretary of the Army, §
§
Defendant. §

# ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 59), filed on April 11, 2025, wherein Judge Bemporad recommends that the Court grant Defendant's Motion for Summary Judgment (Dkt. No. 52). Plaintiff filed objections (the "Objections") (Dkt. No. 62) to the Report.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has conducted a de novo review of those portions of the Report subject to the Objections and is of the opinion that the Report is correct, and that the Objections are without merit as to Judge Bemporad's ultimate findings. Accordingly, the Objections (Dkt. No. 62) are **OVERRULED**, the Report (Dkt. No. 59) is **ACCEPTED** and, for the reasons set forth therein, Defendant's Motion for Summary Judgment (Dkt. No. 52) is **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff's Title VII retaliation claim is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that this case is **CLOSED.**

**IT IS SO ORDERED.**

**SIGNED** this 19 day of May, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE